UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NURA AMEENA NYIIRAH
HAAMID BEY,

    Plaintiff,

v.                                                Case No. 8:19-mc-14-T-33AAS

GRADY JUDD, et al.,

    Defendants.
_____/

## ORDER

Nura Ameena Nyiirah Haamid Bey apparently moves for a writ of habeas corpus. (Doc. 1). A writ of habeas corpus is an instrument a prisoner uses to challenge his or her allegedly-illegal imprisonment. *Wilkinson v. Dotson*, 544 U.S. 74, 78–79 (2005) (citations omitted); *see also Black's Law Dictionary* 825 (10th ed) (defining "habeas corpus" as a writ used "most frequently to ensure that the person's imprisonment or detention is not illegal"). The movant here is not currently imprisoned. The motion for a writ of habeas corpus (Doc. 1) is therefore **DENIED**.

**ORDERED** in Tampa, Florida, on February 14, 2019.

*Amanda Arnold Sansone*
_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge

cc:    Nura Ameena Nyiirah Haamid Bey

1